*C. S. Layton,* for the plaintiffs.

*Robinson,* for the defendant.

---

ASBURY C. PEPPER *v.* DAVID PEPPER, et al.

In an action of trespass for assault and battery, a co-trespasser joined in the writ, but returned *non est,* and not a party for that reason to the action, is a competent witness for the defendants.

ACTION of trespass for assault and battery. On the trial of the case, Zachariah Jones was called as a witness for the defendants and was objected to by the counsel for the plaintiff, on the ground of incompetency, because he was a co-trespasser with the other defendants, and had been joined as a co-defendant with them in the writ, but as to whom it had been returned *non est,* and who had not appeared and who was therefore not formally a party to the action, by reason of his having evaded and eluded the service of the process, for the purpose of becoming a witness for them.

*By the Court* : We must admit the witness. Formerly as the law and the decisions stood on this point, he would have been excluded ; but it is now settled to the contrary, and has been so recognized by this court. *Clark v. Maloney,* 3 *Harr.* 68. *Stockton v. Jones et al.* 10 *Johns,* 21. 1 *Greenl. Ev.* 476.

*C. M. Cullen,* for plaintiff.

*W. Saulsbury,* for defendants.